### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, <br><br> v <br><br> RUBEN R. VALDES-ROSARIO, *Defendant*. | CRIMINAL NO.   16-618 (CCC) |

### MOTION FOR CHANGE OF PLEA

HONORABLE CARMEN CONSUELO CEREZO
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

    **COMES NOW** defendant, **Rubén R. Valdés-Rosario**, represented by the Federal Public Defender for the District of Puerto Rico and before this Honorable Court respectfully requests that, a hearing be set in which he may change his plea of not guilty to one of guilty.

    **WHEREFORE**, it is respectfully requested that this case be set for Change of Plea hearing.

    **RESPECTFULLY SUBMITTED.**

    In San Juan, Puerto Rico, this 22nd day of August, 2017.

    **ERIC A. VOS, ESQ.**
**Federal Public Defender**
**District of Puerto Rico**
*S/Isabelle C. Oria-Calaf*
**ISABELLE C. ORIA-CALAF**
**USDC-PR 226905**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922 / Fax (787) 281-4899**
**E-mail : Isabelle_Oria@fp.org**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 22nd day of August, 2017.

**ERIC A. VOS, ESQ.**
**Federal Public Defender**
**District of Puerto Rico**

*S/Isabelle C. Oria-Calaf*
**ISABELLE C. ORIA-CALAF**
**USDC-PR 226905**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922 / Fax (787) 281-4899**
**E-mail : Isabelle_Oria@fp.org**